**F. R. HINMAN et al. v. UNITED AIRPORTS COMPANY OF CALIFORNIA, Limited.**

**No. 9575.**

Circuit Court of Appeals, Ninth Circuit.

July 29, 1940.

Murchison & Clopton, of Los Angeles, Cal., for appellants.

Newlin & Ashburn, of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

938

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.